United States District Court
Southern District of Texas
**ENTERED**
July 20, 2026
Nathan Ochsner, Clerk

PROB 12B [HOU] - (08/25)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision with Consent of the Person Under Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Person Under Supervision: Lavalous Meyers    Case Number: 4:20CR00298-003

Name of Sentencing Judge: The Honorable Kenneth M. Hoyt

Date of Original Sentence: May 8, 2025

Original Offense: Aiding and abetting transportation of a victim to engage in prostitution, in violation of 18 U.S.C. § 2421 and 2

Original Sentence: Time Served, followed by a five (5) year term of supervised release with an order to pay a $100.00 special assessment.

Type of Supervision: Supervised Release    Supervision Started: May 8, 2025

---

## EARLIER COURT ACTION

12/2/2025: A Request for Modifying the Conditions or Term of Supervision with Consent of the Person Under Supervision was filed due to person under supervision testing positive for cannabinoids. The Court concurred with recommendation for modifying person under supervision's conditions to add substance abuse treatment and testing.

3/23/2026: A Petition for Warrant or Summons for Person Under Supervision was filed due to person under supervision failing to comply with the Requirements of SORNA, failing to participate in substance abuse treatment, testing positive for cannabinoids and cocaine, and failing to comply with instruction from probation officer. The Court ordered the issuance of a warrant to set a revocation hearing.

3/31/2026: A Revocation Hearing was held on the filed Petition for Warrant or Summons for Person Under Supervision. The Court ordered the person under supervision to continue supervised release with the participation of a ninety (90) day inpatient treatment program for substance abuse.

---

**PETITIONING THE COURT**

☐ To extend the term of supervision for ___ years, for a total of ___ years.

☒ To modify the conditions of supervision as follows:

**Location Monitoring**

You will be monitored by the form of location monitoring technology indicated below for a period of 4 months, and you must follow the rules and regulations of the location monitoring program.

- GPS Monitoring (including hybrid GPS)

This form of location monitoring technology will be used to monitor the following restriction on your movement in the community:

- You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the officer (Home Detention).

**CAUSE**

The probation officer believes that the person under supervision has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Failure to Permit a U.S. Probation Officer to Visit at Home or Elsewhere (Standard Condition No. 6a)** |

On or about June 18, 2026, Mr. Meyers failed to allow his probation officer on that date to visit him at his home or elsewhere as evidenced by his failure to remain at his residence during a notified home inspection.

On June 18, 2026, Mr. Meyers was notified by his probation officer that he was about an hour away from the provided residence to complete a home inspection. Mr. Meyers, over the phone, confirmed that he was home and would be there when the probation officer showed up. Upon the probation officer arriving to the residence, Mr. Meyers' godmother stated that Mr. Meyers had gone to the store. Probation officer called Mr. Meyers to question his whereabouts, as he was instructed to remain at the residence to complete the home inspection. Mr. Meyers stated that he was at the store, and that he would arrive in about five minutes. The probation officer waited about ten minutes, but Mr. Meyers did not arrive at the residence.

On June 25, 2026, probation officer attempted an unannounced home contact at Mr. Meyers residence to attempt a home inspection. An unknown male notified the probation officer that Mr. Meyers was not home and he would notify him of probation coming by the residence. Mr. Meyers called his probation officer to advise that he was not home and was at a friend's house. The probation officer advised that he could complete a community contact at his current location. Mr. Meyers advised that he would be on his way back to his residence. The probation officer advised that he would not be able to wait for Mr. Meyers.

**2 Failure to Work Regularly at Lawful Occupation as Directed (Standard Condition 7a)**

Since beginning his term of supervised release on May 8, 2025, Lavalous Meyers failed to work regularly at a lawful occupation as directed by his U.S. Probation Officer, and as evidenced by his continued unemployment from May 8, 2025, to July 15, 2026.

**3 Failure to Pay Special Assessment as Directed (Standard Condition No. 14b)**

On May 8, 2025, Lavalous Meyers was ordered to pay a special assessment in the amount of $100.00 immediately, commencing 30 days after release from custody. Mr. Meyers has willfully failed to pay the special assessment as ordered by the Court. The payment history from the U.S. District Clerk's Office reflects Mr. Meyers has paid a total of $0.00.

It is recommended that the modification be granted and that the Court reserve the right to address these violations at a later date.

Approved:

Natasha Wright
Natasha Wright, Supervising
United States Probation Officer

Respectfully submitted,

By: Alfredo Herrera
Alfredo Herrera
United States Probation Officer
July 15, 2026

THE COURT ORDERS

☐ No Action.

☐ Extended Supervision as Noted.

☒ Modify Conditions as Noted.

☐ Other:

Honorable Kenneth M. Hoyt
Senior United States District Judge

7-26-26

Date

PROB 49
(05/00)

RE: MEYERS Lavalous
Dkt. No. 4:20CR00298-003

# UNITED STATES DISTRICT COURT
# for
# Southern District of Texas

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation/Supervised Release or the proposed extension of my term of supervision:

**Location Monitoring**

You will be monitored by the form of location monitoring technology indicated below for a period of 4 months, and you must follow the rules and regulations of the location monitoring program.

- GPS Monitoring (including hybrid GPS)

This form of location monitoring technology will be used to monitor the following restriction on your movement in the community:

- You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the officer (Home Detention).

A. Herrera
Witness

7/14/20
Date

Lavalous Myers
Probationer/Supervised Releasee

7/14/20
Date